# UNITED STATES DISTRICT COURT

for the

Northern District of Texas ▼

| | | |
|---|---|---|
| KELLY BLAND, individually and on behalf of all others | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  7:25-cv-00050-O |
| DIGITAL INSURANCE LLC d/b/a One Digital, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DIGITAL INSURANCE LLC d/b/a One Digital                                                                .

Date:      06/09/2025

/s/ Theodore Kwong
*Attorney's signature*

Theodore Kwong, Texas State Bar No. 24087871
*Printed name and bar number*

HILGERS GRABEN PLLC
7859 Walnut Hill Lane, Ste. 335
Dallas, Texas 75230
*Address*

tkwong@hilgersgraben.com
*E-mail address*

(972) 666-3646
*Telephone number*

(402) 413-1880
*FAX number*