# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| KELLY BLAND, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No.: 7:25-cv-00050-O |
| v. | |
| DIGITAL INSURANCE LLC d/b/a One Digital, | Hon. Reed C. O'Connor |
| Defendant. | |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

This matter comes before the Court on Defendant's Unopposed Motion to Extend Time to Respond to Complaint. For good cause shown, the motion is **GRANTED**.

The time within which Defendant may answer or otherwise respond to the Complaint is extended through July 14, 2025.

**SO ORDERED** on this ___ day of June, 2025.

_____
**HON. REED C. O'CONNOR**
**UNITED STATES DISTRICT JUDGE**