# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS, WICHITA FALL DIVISION

| | |
|---|---|
| KELLY BLAND, individually and on behalf of all others similarly situated, | : <br> : CIVIL ACTION FILE NO. 25-cv-50 |
| Plaintiff, | : |
| v. | : |
| DIGITAL INSURANCE LLC d/b/a ONE DIGITAL | : |
| Defendant. | : |

## NOTICE OF APPEARANCE

Anthony I. Paronich is filing this Notice of Appearance on behalf of the plaintiff.

Dated:  June 10, 2025

By: */s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Attorney for Plaintiff*

1