IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| KELLY BLAND | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:25-CV-00050-O |
| | § | |
| DIGITAL INSURANCE LLC | § | |
| | § | |
| Defendant. | § | |

### ORDER

Before the Court is Defendant's Unopposed Motion to Extend Time to Respond to Complaint (ECF No. 7), filed June 9, 2025.  Upon reviewing the applicable law and noting that the Motion is unopposed, the Court concludes the Motion should be, and is hereby, **GRANTED**. Accordingly, Defendant **SHALL** file its response to Plaintiff's Complaint **on or before July 14, 2025**.

**SO ORDERED** on this **10th day** of **June, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1