# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| KELLY BLAND, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>  v.<br><br>DIGITAL INSURANCE LLC d/b/a One Digital,<br><br>      Defendant. | Case No.: 7:25-cv-00050-O<br><br>Hon. Reed C. O'Connor |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO SUBMIT JOINT SCHEDULING REPORT

Before the Court is the parties' joint motion to extend their deadline to submit a joint scheduling report. Upon reviewing the motion and noting that it is filed jointly, the Court concludes there is good cause to extend the requested deadline and GRANTS the motion. Accordingly, the parties SHALL file their joint scheduling report by July 18, 2025.

**SO ORDERED** on this ___ day of July 2025.

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**

Dated: June 30, 2025

By: */s/ Theodore Kwong*  
Theodore Kwong  
Texas State Bar No. 24087871  
HILGERS GRABEN PLLC  
7859 Walnut Hill Lane, Ste. 335  
Dallas, Texas 75230  
Telephone: 972-666-3646  
Facsimile: 402-413-1880  
tkwong@hilgersgraben.com

Ryan D. Watstein*  
MatthewA. Keilson*  
WATSTEIN TEREPKA LLP  
1055 Howell Mill Road, 8th Floor  
Atlanta, GA 30318  
Telephone: 404-782-0695  
ryan@wtlaw.com  
* Pro hac vice forthcoming

*Counsel for Defendant*

By: */s/ Anthony I. Paronich**  
Anthony I. Paronich  
Paronich Law, P.C.  
350 Lincoln Street, Suite 2400  
Hingham, MA 02043  
(508) 221-1510  
anthony@paronichlaw.com

Andrew Roman Perrong, Esq.  
Perrong Law LLC  
2657 Mount Carmel Avenue  
Glenside, Pennsylvania 19038  
Phone: 215-225-5529 (CALL-LAW)  
Facsimile: 888-329-0305  
a@perronglaw.com

*with permission

*Counsel for Plaintiff*