IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| KELLY BLAND § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:25-CV-00050-O |
| § | |
| DIGITAL INSURANCE LLC § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is the parties' Joint Motion for Extension of Time to File Joint Scheduling Report (ECF No. 12), filed June 30, 2025. Upon reviewing the applicable law and noting that the Motion is filed jointly, the Court concludes the Motion should be, and is hereby, **GRANTED**. Accordingly, the parties **SHALL** file their joint scheduling report by **July 18, 2025**.

**SO ORDERED** on this **1st day** of **July, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE