# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

KELLY BLAND, individually and on behalf
Plaintiff

v.

7:25-cv-00050-O
Civil Action No.

DIGITAL INSURANCE LLC d/b/a One Digital
Defendant

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, DIGITAL INSURANCE LLC d/b/a One Digital

provides the following information:

    For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Digital Insurance LLC d/b/a OneDigital is an indirect wholly owned subsidiary of OneDigital Topco LLC. Onex Corporation, a publicly traded company on the Toronto Stock Exchange, owns 10% or more of Defendant's stock.

    A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

No other entity or individual has a financial interest in the outcome of this case.

| | |
|---|---|
| Date: | 7/14/2025 |
| Signature: | /s/ Theodore Kwong |
| Print Name: | Theodore Kwong |
| Bar Number: | 24087871 |
| Address: | 7859 Walnut Hill Lane, Ste. 335 |
| City, State, Zip: | Dallas, Texas 75230 |
| Telephone: | 972-666-3646 |
| Fax: | 402-413-1880 |
| E-Mail: | tkwong@hilgersgraben.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.