UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

KELLY BLAND §
*Plaintiff* §
§
§
§
v. § Case No. 7:25-cv-00050-O
§
§
DIGITAL INSURANCE LLC d/b/a One Digital §
*Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Watstein Terepka LLP                                                                    , with offices at

75 14th Street NE, Ste. 2600
(Street Address)

Atlanta                                    GA                        30309
(City)                                     (State)                   (Zip Code)

(678)372-0408
(Telephone No.)                            (Fax No.)


**II.** Applicant will sign all filings with the name  Matthew A. Keilson                          .


**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Defendant Digital Insurance LLC d/b/a One Digital


to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Florida_____, where Applicant regularly practices law.

Bar license number: 1002294     Admission date: 09/18/2017

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See Attachment A. | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Theodore Kwong                                                                 , who has offices at

7859 Walnut Hill Lane, Ste. 335
(Street Address)

Dallas                                TX                    75230
(City)                                (State)              (Zip Code)

(972) 666-3646
(Telephone No.)                                         (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   18th   day of July                          , 2025      .

Mathew A. Keilson
Printed Name of Applicant

*/s/ signature*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

## ATTACHMENT A

Matthew A. Keilson — Bar Admissions

| State | Date Admitted | Good Standing |
|---|---|---|
| Florida (Bar No. 1002294) | 09/18/2017 | Yes |
| Georgia (Bar No. 216676) | 05/29/2019 | Yes |

Florida State Bar
651 East Jefferson Street
Tallahassee, Florida 32399-2300
Telephone: (850) 561-5600

State Bar of Georgia
104 Marietta St NW, Suite 100
Atlanta, Georgia 30303

| Courts | Date Admitted | Good Standing |
|---|---|---|
| Supreme Court of the United States (315398) | 11/29/2021 | Yes |
| U.S. Court of Appeals, 9th Circuit | 05/21/2020 | Yes |
| U.S. Court of Appeals, 6th Circuit | 12/08/2020 | Yes |
| U.S. Court of Appeals, 11th Circuit | 10/13/2023 | Yes |
| U.S.D.C., Southern District of Florida | 06/01/2018 | Yes |
| U.S.D.C., Middle District of Florida | 10/03/2018 | Yes |
| U.S.D.C., Northern District of Georgia | 02/21/2023 | Yes |
| U.S.D.C., District of Colorado | 02/12/2025 | Yes |
| Florida Supreme Court | 09/18/2017 | |
| Florida State and Superior Courts | 09/18/2017 | Yes |
| Georgia State and Superior Courts | 05/29/2019 | Yes |

Boston College, B.A. History, 2013

University of Miami, J.D., 2017

# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### MATTHEW A. KEILSON

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on SEPTEMBER 18, 2017, is presently in good standing, and that the private and professional character of the attorney appears to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this JUNE 11, 2025.

_____
Clerk of the Supreme Court of Florida