UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

KELLY BLAND §
*Plaintiff* §
§
§
v. § Case No. 7:25-cv-00050-O
§
§
DIGITAL INSURANCE LLC d/b/a One Digital §
*Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Watstein Terepka LLP                              , with offices at

75 14th Street NE, Ste. 2600
(Street Address)

Atlanta                  GA              30309
(City)                   (State)         (Zip Code)

(404) 905-8999
(Telephone No.)                           (Fax No.)

**II.**   Applicant will sign all filings with the name Oyinkansola Y. Muraina                .

**III.**   Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Defendant Digital Insurance LLC d/b/a One Digital

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Georgia_____, where Applicant regularly practices law.

Bar license number: 357962     Admission date: 11/16/2022

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See Attachment A. | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:      Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Theodore Kwong                                                                 , who has offices at

7859 Walnut Hill Lane, Ste. 335
(Street Address)

Dallas                                         TX                   75230
(City)                                         (State)              (Zip Code)

(972) 666-3646
(Telephone No.)                                (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✔] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   18th   day of July                              , 2025     .

Oyinkansola Y. Muraina
Printed Name of Applicant

*[signature]*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

## ATTACHMENT A

Oyinkansola Y. Muraina – Bar Admissions

| State | Date Admitted | Good Standing |
|---|---|---|
| New York (Bar No. 5760350) | 05/18/2020 | Yes |
| Georgia (Bar No. 357962) | 11/16/2022 | Yes |

New York State Unified Court System
Office of Court Administration
Attorney Registration Unit
25 Beaver Street - Room 840 New York, NY 10004
212-428-2800

State Bar of Georgia
104 Marietta St NW, Suite 100
Atlanta, Georgia 30303

| Court | Date Admitted | Good Standing |
|---|---|---|

Columbia Law School, J.D.
University of Pennsylvania, B.A. International Relations
and Near-Eastern Languages/Civilizations

# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

Ms. Oyinkansola Muraina
Watstein Terepka LLP
75 14th St NE Ste 2600
Atlanta, GA 30309-3682
UNITED STATES

**CURRENT STATUS:** Active Member-Good Standing
**DATE OF ADMISSION:** 11/16/2022
**BAR NUMBER:** 357962
**TODAY'S DATE:** 07/16/2025

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*[signature]*

**Official Representative of the State Bar of Georgia**

HEADQUARTERS
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

COASTAL GEORGIA OFFICE
7402 Hodgson Memorial Drive, Suite 105
Savannah, GA 31406-2562
912-239-9910 · 877-239-9910
Fax 912-239-9970

SOUTH GEORGIA OFFICE
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435