IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| KELLY BLAND | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:25-CV-00050-O |
| | § | |
| DIGITAL INSURANCE LLC | § | |
| | § | |
| Defendant. | § | |

### ORDER

Before the Court is Plaintiff's Unopposed Motion to Extend Deadline to File Motion for Class Certification (ECF No. 22), filed August 19, 2025. Upon reviewing the applicable law and noting that the Motion is unopposed, the Court concludes the Motion should be, and is hereby, **GRANTED**. Accordingly, Plaintiff **SHALL** file her motion for class certification **on or before April 17, 2026**.

SO ORDERED on this **20th day** of **August, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1