# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| KELLY BLAND, § § Plaintiff, § § v. § § DIGITAL INSURANCE, LLC, d/b/a One Digital, § § Defendant. § § § | Civil No. 7:25-cv-00050-O |

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND
## DEADLINE TO AMEND PLEADINGS AND JOIN PARTIES

Plaintiff Kelly Bland respectfully moves the Court for a 60-day extension of the deadline to amend pleadings and join additional parties. In support, Plaintiff states as follows:

1. On July 21, 2025, the Court entered its Scheduling Order (ECF No. 19), setting September 19, 2025, as the deadline for amended pleadings and joinder of parties.

2. Good cause exists under Federal Rule of Civil Procedure 16(b)(4) to extend this deadline. Plaintiff requires additional time to review discovery, evaluate information regarding potentially responsible parties, and complete meet-and-confer efforts concerning discovery and protective order terms that may impact amendment decisions.

3. Counsel for Plaintiff has conferred with counsel for Defendant pursuant to Local Rule 7.1(b). Defendant does not oppose the requested extension.

4. This extension will not prejudice any party. Discovery remains in its early stages, and all other deadlines—including mediation, discovery cutoff, dispositive motions, and trial—remain unaffected.

5.  Accordingly, Plaintiff requests that the deadline to amend pleadings and join additional parties be extended from September 19, 2025, to November 18, 2025.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Unopposed Motion and extend the deadline to amend pleadings and join additional parties to November 18, 2025.

Dated: September 4, 2025

By: */s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Counsel for Plaintiff*