IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| KELLY BLAND | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:25-CV-00050-O |
| | § | |
| DIGITAL INSURANCE LLC | § | |
| | § | |
| Defendant. | § | |

# ORDER

Before the Court is Plaintiff's Unopposed Motion to Extend Deadline to File Amend Pleadings and Join Additional Parties (ECF No. 24), filed September 4, 2025. Having reviewed the Motion and noting it is unopposed, the Court concludes the Motion should be, and is hereby, **GRANTED**. Accordingly, it is therefore **ORDERED** that Plaintiff's deadline for amending the pleadings and joining is extended to November 18, 2025. All other deadlines shall remain in place.

**SO ORDERED** on this **5th day** of **September, 2025**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**

1