# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| KELLY BLAND, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DIGITAL INSURANCE LLC d/b/a One Digital,<br><br>    Defendant. | Case No.: 7:25-cv-00050-O<br><br>Hon. Reed C. O'Connor |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The putative class's claims are dismissed without prejudice. This stipulation of dismissal disposes of the entire action.

Dated: October 24, 2025

By: */s/ Matthew A. Keilson*
Ryan D. Watstein*
Matthew A. Keilson*
WATSTEIN TEREPKA LLP
1055 Howell Mill Road, 8th Floor
Atlanta, GA 30318
Telephone: 404-782-0695
ryan@wtlaw.com
* Pro hac vice
*Counsel for Defendant*

/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2025, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will send notice of the electronic filing to all counsel of record.

/s/ *Anthony I. Paronich*
Anthony I. Paronich